**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.: 1:20-CV-208 |
| | § | |
| 5.801 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN CAMERON COUNTY, | § | |
| STATE OF TEXAS; AND NASSAU LIFE | § | |
| INSURANCE COMPANY, et al., | § | |
| | § | |
| *Defendants.* | § | |

---

### COMPLAINT IN CONDEMNATION

---

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      _s/ Megan Eyes_____
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Cameron County, Texas

Tract:  RGV-HRL-7408
Owner:  Nassau Life Insurance Company, *et al.*
Acres:  5.801

**Being** a 5.801 acre tract (252,680 sq ft) parcel of land, more or less, being all of that certain 5.801 acre levee easement described in I.B.W.C. RW File No. 5165-R-58C in Cameron County, Texas conveyed to Phoenix Mutual Life Insurance Company, Volume 265, Page 69. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at ½" Iron Rod in a Concrete Structure, Stamped: C-128, COE PID#: AHJ415, having the following NAD83 (2011) Grid Coordinates N=16541548.03, E=1249869.77; Thence S 54°35'51" E a distance of 2904.14 feet to a found 6" round Concrete Monument with a brass disk stamped D624 1942 designated as RGV-HRL-7405-3=7407-8=7408-1=7409-1, at the Southeast corner of the James A. Wells ET AL tract, Volume 2190, Page 330 and the Southwest corner of the Military Highway Water Supply Corporation tract, Volume 2681, Page 74 and the Northwest corner of the Phoenix Mutual Life Insurance Company tract, Volume 265, Page 69 and the Northeast corner of the Elbert, John & Horace Wells tract, Volume 511, Page 340 and the Northwest corner of the I.B.W.C. levee Right-of-Way File No. 5165-R-58-C, for the **Point of Commencement,** and the **Point of Beginning,** having the following coordinates: N=16539865.62, E=1252236.95.

**Thence:** N 54°40'57" E along the North line of the Phoenix Mutual Life Insurance Company tract, Volume 265, Page 69 and the South line of the Military Highway Water Supply Corporation tract, Volume 2681, Page 74 and the North line of the I.B.W.C. levee Right-of-Way File No. 5165-R-58-C, a distance of 429.40 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7408-2=7409-21 for angle;

**Thence:** N 56°35'05" E along said property line, along said I.B.W.C. line, a distance of 380.00 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7408-3=7409-20 for angle;

**Thence:** N 68°14'35" E along said property line, along said I.B.W.C. line, a distance of 125.70 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7408-4=7409-19 for angle;

### SCHEDULE C (Cont.)

**Thence:** S 83°43'25" E along said property line, along said I.B.W.C. line, a distance of 340.00 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7408-5=7409-18 for angle;

**Thence:** S 73°54'55" E along said property line, along said I.B.W.C. line, a distance of 170.00 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7408-6=7409-17 for angle;

**Thence:** S 71°35'04" E along said property line, along said I.B.W.C. line, a distance of 419.43 feet to a found 3" iron pipe designated as RGV-HRL-7408-7=7409-16 for angle;

**Thence:** N 75°57'46" E along said property line, along said I.B.W.C. line, to the center of an existing 19 foot wide dirt road, a distance of 157.96 feet to a found 5/8" iron rod designated as RGV-HRL-7405-1-5=7408-8=7409-15 for angle, said point being the Northeast corner of the Phoenix Mutual Life Insurance Company tract, Volume 265, Page 69 and on the South line of the Military Highway Water Supply Corporation tract, Volume 2681, Page 74 and on the North line of the Elbert, John & Horace Wells tract, Volume 511, Page 340 and the Northeast corner of the I.B.W.C. levee Right-of-Way File No. 5165-R-58-C;

**Thence:** S 50°48'42" W along the East line of the Phoenix Mutual Life Insurance Company tract, Volume 265, Page 69 and the North line of the Elbert, John & Horace Wells tract, Volume 511, Page 340 and the East line of the I.B.W.C. levee Right-of-Way File No. 5165-R-58-C, along said dirt road, crossing the center of the levee road at 170 feet, a distance of 214.71 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7405-1-4=7408-9 for angle, said point being the Southeast corner of the Phoenix Mutual Life Insurance Company tract, Volume 265, Page 69 and the Southeast corner of the I.B.W.C. levee Right-of-Way File No. 5165-R-58-C and on the North line of the Elbert, John & Horace Wells tract, Volume 511, Page 340;

**Thence:** N 80°10'30" W along the South line of the Phoenix Mutual Life Insurance Company tract, Volume 265, Page 69 and the South line of the I.B.W.C. levee Right-of-Way File No. 5165-R-58-C and the North line of the Elbert, John & Horace Wells tract, Volume 511, Page 340, a distance of 254.96 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7405-1-3=7408-10 for angle;

**Thence:** N 83°06'59" W along said property line, along said I.B.W.C. line, a distance of 388.10 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7405-1-2A=7408-10A for a Point on Line;

**SCHEDULE C (Cont.)**

**Thence:** N 83°06'59" W along said property line, along said I.B.W.C. line, a distance of 388.10 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7405-1-2=7406-4=7408-11 for angle, said point being the Northwest corner of the Elbert, John & Horace Wells tract, Volume 511, Page 340 and the Northeast corner of the L.P. Collins tract, Volume 288, Page 176 and on the South line of the I.B.W.C. levee Right-of-Way File No. 5165-R-58-C and on the South line of the Phoenix Mutual Life Insurance Company tract, Volume 265, Page 69;

**Thence:** S 58°31'28" W along the South line of the Phoenix Mutual Life Insurance Company tract, Volume 265, Page 69 and the South line of the I.B.W.C. levee Right-of-Way File No. 5165-R-58-C and the North line of the L.P. Collins tract, Volume 288, Page 176, to the levee road, a distance of 473.18 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7406-3=7408-12 for angle;

**Thence:** S 25°56'29" W along said property line, along said I.B.W.C. line, departing the levee road, a distance of 220.42 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7405-3A=7406-2=7408-13 for angle, said point being the Southwest corner of the Phoenix Mutual Life Insurance Company tract, Volume 265, Page 69 and the Northwest corner of the L.P. Collins tract, Volume 288, Page 176 and the Southeast corner of the I.B.W.C. levee Right-of-Way File No. 5165-R-58-C;

**Thence:** N 51°21'42" W along the West line of the Phoenix Mutual Life Insurance Company tract, Volume 265, Page 69 and the West line of the I.B.W.C. levee Right-of-Way File No. 5165-R-58-C, crossing the center of the levee road at 121 feet, a distance of 190.22 feet, returning to the **Place of Beginning.**

# SCHEDULE D

# SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



| SHEET NO. | METES & BOUNDS SURVEY | | | |
|---|---|---|---|---|
| 8 OF 9 | PHOENIX MUTUAL LIFE INSURANCE | | | |
| | TRACT NO. RGV-HRL-7408 | | | |
| | CAMERON COUNTY TEXAS | | | |

EMC, INC. PROJECT NO.: 19008

**SCHEDULE D (Cont.)**



Tract:  RGV-HRL-7408
Owner:  Nassau Life Insurance Company, *et al.*
Acreage:  5.801

# SCHEDULE E

**<u>SCHEDULE E</u>**

<u>ESTATE TAKEN</u>

Cameron County, Texas

Tract:  RGV-HRL-7408
Owner:  Nassau Life Insurance Company*, et al*.
Acres:  5.801

      The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

      Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **<u>SCHEDULE F</u>**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land being taken is TWELVE THOUSAND SIXTY-SIX DOLLARS AND NO/100 ($12,066.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Nassau Life Insurance Company f/k/a Phoenix Mutual Life Insurance Company**<br>c/o The Corporation Trust Company<br>1209 North Orange Street<br>Wilmington, DE 19801 | **RGV-HRL-7408**<br>Substitute Trustee's Deed, Volume 265, Page 69, Recorded October 14, 1935, Deed Records Cameron County, Texas |
| **Tony Yzaguirre, Jr.**<br>200 Industrial Way<br>La Feria, Texas 78559 | **RGV-HRL-7408**<br>Cameron County Tax Assessor Collector Account Number Unknown |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| **I. (a)  PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| United States of America | 5.801 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, STATE OF TEXAS; AND NASSAU LIFE INSURANCE COMPANY, et al., |

**(b)**   County of Residence of First Listed Plaintiff  _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   CAMERON
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*

Megan Eyes, Assistant U.S. Attorney, SDTX, 1701 W. Bus. Hwy. 83,
Suite 600, McAllen, TX  78501

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
         Plaintiff

☐ 3   Federal Question
         *(U.S. Government Not a Party)*

☐ 2   U.S. Government
         Defendant

☐ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                            *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 893 Environmental Matters |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
         Proceeding

☐ 2   Removed from
         State Court

☐ 3   Remanded from
         Appellate Court

☐ 4   Reinstated or
         Reopened

☐ 5   Transferred from
         Another District
         *(specify)*

☐ 6   Multidistrict
         Litigation -
         Transfer

☐ 8   Multidistrict
         Litigation -
         Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:     ☐ Yes   ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
12/16/2020

SIGNATURE OF ATTORNEY OF RECORD
S/ Megan Eyes

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____