United States District Court
Southern District of Texas
**ENTERED**
February 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CIVIL ACTION NO. 1:20-CV-208 |
| | § |
| 5.801 ACRES OF LAND, MORE OR LESS, | § |
| *et al.*, | § |
| | § |
| Defendants. | |

**ORDER**

In December 2020, Plaintiff United States of America filed this action against several defendants to obtain possession of certain land on which to construct roads, fencing, and related structures to help secure the border between the United States and Mexico. (Complaint in Condemnation, Doc. 1; Declaration of Taking, Doc. 2)

Defendants WB Farms, Inc. and Janet K. Wells move to stay construction and condemnation proceedings, based on an executive order that President Biden issued and that directed that work be paused on construction projects on the southern border wall. (Motion, Doc. 15) The Motion is unopposed. Accordingly, it is:

**ORDERED** that Defendants WB Farms, Inc. and Janet K. Wells's Unopposed Motion to Stay Construction and Motion to Stay Condemnation Proceedings (Doc. 15) is **GRANTED**;

**ORDERED** that the United States shall cease all work on the construction project on the property at issue in this lawsuit for sixty days from the issuance of this Order;

**ORDERED** that all deadlines in this lawsuit are canceled; and

**ORDERED** that Defendants shall file a Status Update on April 5, 2021.

Signed on February 3, 2021.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge